# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | CASE NO. 1:09-cv-00809-LJO-SMS PC |
| Plaintiff, | ORDER CORRECTING ORDER DENYING PLAINTIFF'S MOTION FOR A SETTLEMENT CONFERENCE |
| v. | |
| T. QUILLEN, et al., | (ECF. No. 48) |
| Defendants. | |
| _____/ | |

On May 23, 2011, the Court issued an order denying Plaintiff's motion for a settlement conference and striking Plaintiff's amended complaint and pretrial statement. In the order the Court inadvertently stated it was Defendant's motion for a settlement conference. By this order, the order issued May 23, 2011, is hereby corrected to read:

1. Plaintiff's motion for a settlement conference, filed April 21, 2011, is DENIED as premature;

2. Plaintiff's amended complaint, lodged May 18, 2011, is STRICKEN from the record; and

3. Plaintiff's pretrial statement, filed May 20, 2011, is STRICKEN from the record.

IT IS SO ORDERED.

Dated:   May 24, 2011                    /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE

1