# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>        Plaintiff,<br><br>    v.<br><br>T. QUILLEN, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00809-LJO-SMS PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT WISE<br><br>(Doc. 40)<br><br>Amended Unenumerated Rule 12(b) Motion Deadline: 07/01/2011 |

Defendant Wise filed an answer to Plaintiff's amended complaint on May 27, 2011. Accordingly, application of the discovery and scheduling order filed on March 31, 2011, is HEREBY EXTENDED to Defendant Wise, and the unenumerated Rule 12(b) motion deadline set in that order is EXTENDED to **July 1, 2011**, as to Defendant Wise.

IT IS SO ORDERED.

**Dated:   June 1, 2011**                             **/s/ Sandra M. Snyder**
                                                            UNITED STATES MAGISTRATE JUDGE