1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   LAMONT SHEPARD,                          CASE NO. 1:09-cv-00809-LJO-BAM PC

10                    Plaintiff,             ORDER GRANTING DEFENDANTS' MOTION
                                             TO CONDUCT DEPOSITIONS BY VIDEO
11          v.                               CONFERENCE

12   T. QUILLEN, et al.,                     (ECF. No.59)

13                    Defendants.
                                        /
14

15          Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on

17   Plaintiff's first amended complaint, filed September 16, 2010, against Defendant T. Quillen for

18   excessive force in violation of the Eighth Amendment and J. Wise for retaliation in violation of the

19   First Amendment.  A scheduling and discovery order issued on March 31, 2011, and this action is

20   currently in the discovery phase.  On October 20, 2011, Defendants filed a motion seeking leave to

21   conduct depositions of Plaintiff and other witnesses by video conference.  Fed. R. Civ. P. 30(b)(4).

22          Good cause having been shown, Defendants' motion is HEREBY GRANTED.

23

24          IT IS SO ORDERED.

25   **Dated:    October 24, 2011**            _____/s/ **Barbara A. McAuliffe**_____
                                               UNITED STATES MAGISTRATE JUDGE
26

27

28

1