# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>        Plaintiff,<br><br>   v.<br><br>T. QUILLEN, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00809-LJO-BAM PC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO CONDUCT DEPOSITIONS BY VIDEO CONFERENCE<br><br>(ECF. No.59) |

    Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint, filed September 16, 2010, against Defendant T. Quillen for excessive force in violation of the Eighth Amendment and J. Wise for retaliation in violation of the First Amendment. A scheduling and discovery order issued on March 31, 2011, and this action is currently in the discovery phase. On October 20, 2011, Defendants filed a motion seeking leave to conduct depositions of Plaintiff and other witnesses by video conference. Fed. R. Civ. P. 30(b)(4).

    Good cause having been shown, Defendants' motion is HEREBY GRANTED.

    IT IS SO ORDERED.

Dated:   October 24, 2011               /s/ Barbara A. McAuliffe
                                                         UNITED STATES MAGISTRATE JUDGE