# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | CASE NO. 1:09-cv-00809-LJO-BAM PC |
| Plaintiff, | ORDER STRIKING MOTION FOR ATTENDANCE OF WITNESSES FROM RECORD FOR LACK OF SIGNATURE |
| v. | |
| T. QUILLEN, et al., | (ECF. No. 88) |
| Defendants. | |

Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. At this juncture, this action is proceeding on Plaintiff's first amended complaint, filed September 16, 2010, against Defendant T. Quillen for excessive force in violation of the Eighth Amendment and J. Wise for retaliation in violation of the First Amendment. On July 23, 2012, Plaintiff filed an unsigned motion for the attendance of witnesses.

Unsigned documents cannot be considered by the Court, and Plaintiff's motion for the attendance of witnesses, filed July 23, 2012, is HEREBY STRICKEN from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

IT IS SO ORDERED.

Dated: **July 24, 2012**          **/s/ Barbara A. McAuliffe**
                                   UNITED STATES MAGISTRATE JUDGE