# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>            Plaintiff,<br><br>    v.<br><br>T. QUILLEN, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:09-cv-00809-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT<br>(ECF No. 100) |

Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 9, 2013, Plaintiff filed a declaration for entry of default as to Defendant T. Quillen. (ECF No. 100.) Plaintiff asserts that Defendant Quillen has not answered Plaintiff's claim.

Federal Rule of Civil Procedure 55(a) provides:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

Fed. R. Civ. P. 55(a). Contrary to Plaintiff's assertion, Defendant Quillen filed an answer to Plaintiff's amended complaint on March 29, 2011. (ECF No. 39.) Accordingly, Plaintiff's request for entry of default is DENIED.

IT IS SO ORDERED.

Dated:   **January 22, 2013**                    /s/ **Barbara A. McAuliffe**
                                                           UNITED STATES MAGISTRATE JUDGE

1