# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>T. QUILLEN, et al.,<br><br>　　　　　　Defendants.<br>_____ / | CASE NO. 1:09-cv-00809-LJO-BAM (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT QUILLEN'S DISCLOSURE OF EXPERT WITNESS INFORMATION<br><br>(ECF No. 101) |

　　　Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. A telephonic trial confirmation hearing in this action is set for February 7, 2013, at 8:30 a.m. before the Honorable Lawrence J. O'Neill. On January 9, 2013, Plaintiff filed an opposition to Defendant Quillen calling retained witness, Harold Jackson, M.D., as an expert at the time of trial. (ECF No. 101.)

　　　Plaintiff's purported opposition is a motion in limine and is premature. After considering the parties' pretrial statements, the Court will issue a pretrial order establishing the deadlines to file motions in limine and oppositions to the motions in limine. Plaintiff may file any motion in limine <u>after</u> the Court sets the relevant deadlines for such motions. Accordingly, Plaintiff's opposition is HEREBY DISREGARDED as a premature motion in limine.

　　　IT IS SO ORDERED.

　Dated:　**January 22, 2013**　　　　　　　　　　**/s/ Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1