1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  LAMONT SHEPARD,                              CASE NO. 1:09-cv-00809-LJO-BAM PC

10              Plaintiff,                      ORDER ASSIGNING ACTION TO UNITED
                                               STATES MAGISTRATE JUDGE BARBARA
11      v.                                      A. McAULIFFE
                                               (Docs. 5 and 109)
12  T. QUILLEN, et al.,

13              Defendants.
    _____/
14

15        In light of the fact that all parties to this action have voluntarily consented to have a United

16  States Magistrate Judge conduct any and all further proceedings in the case, including the trial and

17  entry of a final judgment, IT IS HEREBY ORDERED THAT:

18        1.      This action is assigned to United States Magistrate Judge Barbara A. McAuliffe for

19                all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further

20                proceedings in the case, including the trial and entry of final judgment,

21        2.      The Clerk of the Court is directed to assign this action in its entirety to Magistrate

22                Judge Barbara A. McAuliffe, and

23        3.      The new case number shall be 1:09-cv-00809-BAM PC.

24  IT IS SO ORDERED.

25  **Dated:**   __February 6, 2013__        __/s/  Lawrence J. O'Neill__
                                            UNITED STATES DISTRICT JUDGE
26

27

28

1