# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>            Plaintiff,<br><br>     v.<br><br>T. QUILLEN, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:09-cv-00809-LJO-BAM PC<br><br>ORDER ASSIGNING ACTION TO UNITED STATES MAGISTRATE JUDGE BARBARA A. McAULIFFE<br>(Docs. 5 and 109) |

In light of the fact that all parties to this action have voluntarily consented to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1. This action is assigned to United States Magistrate Judge Barbara A. McAuliffe for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment,

2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Barbara A. McAuliffe, and

3. The new case number shall be 1:09-cv-00809-BAM PC.

IT IS SO ORDERED.

Dated:   February 6, 2013          /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE