

FILED

MAR 1 9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LAMONT SHEPARD,

           Plaintiff,

  v.

T. QUILLEN,

           Defendant.

_____/

CASE NO. 1:09-cv-00809-BAM PC

ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON MARCH 20, 2013, AT 8:00 A.M.

      Plaintiff Lamont Shepard, CDC# K-29682, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, March 20, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

      It is so ORDERED.

DATED: 3/19/13

_____
BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1