

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | CASE NO. 1:09-cv-00809-BAM PC |
| Plaintiff, | |
| v. | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON MARCH 20, 2013, AT 8:00 A.M. |
| T. QUILLEN, | |
| Defendant. | |

Plaintiff Lamont Shepard, CDC# K-29682, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, March 20, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 3/19/13

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1