# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | CASE NO. 1:09-cv-00809-BAM PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF **LAMONT SHEPARD, CDC# K-29682**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| T. QUILLEN, | |
| Defendant. | |

Jury trial in this matter commenced on March 19, 2013. Plaintiff, Lamont Shepard, CDC# K-29682, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 3/20/13

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1