*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

```
LAMONT SHEPARD,
            Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:09-CV-00809-BAM-PC
T. QUILLEN,
            Defendant.
_____/
```

   __X__      JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that on March 20, 2013 Jury returned a Verdict in favor of Defendant T. Quillen and against Plaintiff Lamont Shepard.

DATED:  3/26/2013

                                           VICTORIA C. MINOR, Clerk

                                  By:  /s/ H.A. Herman
                                         Deputy Clerk

judgment.civ.wpd
6/4/2008