# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | Case No.: 1:09-cv-00809-BAM (PC) |
| Plaintiff, | ORDER RE-CAPTIONING CASE |
| v. | |
| J. WISE, | |
| Defendant. | |

On October 26, 2016, the Court of Appeals for the Ninth Circuit affirmed in part and reversed in part the district court's judgment in this matter. The Ninth Circuit issued its mandate on December 19, 2016. As a result, this matter currently proceeds only against Defendant J. Wise.

Accordingly, the Court HEREBY ORDERS that the caption shall be amended as reflected above.

IT IS SO ORDERED.

Dated: **December 20, 2016**             /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE