1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JON S. ALLIN, State Bar No. 155069
   Supervising Deputy Attorney General
3  MATTHEW ROSS WILSON, State Bar No. 236309
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 322-6372
6   Fax:  (916) 324-5205
    E-mail:  Matthew.Wilson@doj.ca.gov
7  *Attorneys for Defendant Wise*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LAMONT SHEPARD,** | 1:09-cv-00809 BAM |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii)); ORDER** |
| v. | |
| **J. WISE,** | |
| Defendant. | |

Plaintiff Lamont Shepard and Defendant J. Wise have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party shall bear its own litigation costs and attorney's fees. There is no prevailing party in this action.

It is so stipulated.

Dated: March 24, 2017                           Respectfully submitted,

*/s/ Lamont Shepard (Original Signature on File)*

Lamont Shepard
*Plaintiff Pro Se*

Dated: March 24, 2017                           XAVIER BECERRA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/ Matthew Ross Wilson*

MATTHEW ROSS WILSON
Deputy Attorney General
*Attorneys for Defendant
Wise*

SA2016302819
32807367.doc

# ORDER

Based on the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

Dated: __**March 29, 2017**__                    ____/s/ *Barbara A. McAuliffe*____
                                                                    UNITED STATES MAGISTRATE JUDGE