FILED

MAR 30 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, <br><br> Plaintiff, <br><br> v. <br><br> J. WISE, <br><br> Defendant. | Case No.: 1:09-cv-00809-BAM (PC) <br><br> ORDER THAT INMATE LAMONT SHEPARD IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

Plaintiff Lamont Shepard is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commended on March 24, 2017, inmate Lamont Shepard CDCR Inmate No. K-29682, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 3/24/2017

_____
UNITED STATES MAGISTRATE JUDGE

1