# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. WISE,<br><br>　　　　　Defendant. | Case No.: 1:09-cv-00809-BAM (PC)<br><br>ORDER REQUIRING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR FUNDS<br><br>[ECF No. 191] |

Plaintiff Lamont Shepard is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 24, 2017 a settlement conference was held in this matter before Magistrate Judge Stanley A. Boone, at which this case settled. (ECF No. 186.) On March 29, 2017, a joint stipulation for dismissal with prejudice was filed, (ECF No. 188), and on March 30, 2017, this case was closed, (ECF No. 189).

On July 5, 2017, Plaintiff filed a motion for funds, stating that his sister received some, but not all, of the settlement amount agreed to, and seeking for the Court to intervene and order Defendants to fulfill the terms of the settlement agreement. (ECF No. 191.) The Court finds it appropriate to require a response to Plaintiff's motion. To the extent necessary to resolve any dispute involving the settlement reached in this matter, the dispute is referred to Magistrate Judge Stanley A. Boone.

///

1

Accordingly, it is HEREBY ORDERED that Defendant Wise shall file a response to Plaintiff's motion for funds, filed on July 5, 2017 (ECF No. 191) within **fourteen (14) days** from the date of this order. Plaintiff's reply, if any, shall be filed within **seven (7) days** following service of a response.

IT IS SO ORDERED.

Dated: **August 1, 2017**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE